```
1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700

5  Attorneys for the United States
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:11-CV-03057-MCE-DAD |
|---|---|---|
| Plaintiff, | ) | **APPLICATION AND ORDER FOR PUBLICATION** |
| v. | ) | |
| APPROXIMATELY $15,295.00 IN U.S. CURRENCY, | ) | |
| Defendant. | ) | |

The United States applies for an order of publication as follows:

1. Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the United States shall cause public notice of the action to be given in a newspaper of general circulation or on the official internet government forfeiture site;

2. Local Rule 171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper or other vehicle for publication;

3. The defendant Approximately $15,295.00 in U.S. Currency

1  ("defendant currency") was seized in the city of Placerville, in
2  El Dorado County, California.  The Drug Enforcement
3  Administration published notice of the non-judicial forfeiture of
4  the defendant currency on August 15, 22, and 29, 2011, in *The*
5  *Wall Street Journal*.
6       4.   The United States proposes that publication be made as
7            follows:
8            a.   One publication;
9            b.   Thirty (30) consecutive days;
10           c.   On the official internet government forfeiture
11  site www.forfeiture.gov;
12           d.   The publication is to include the following:
13                (1)  The Court and case number of the action;
14                (2)  The date of the seizure/posting;
15                (3)  The identity and/or description of the
16  property seized/posted;
17                (4)  The name and address of the attorney for the
18  United States;
19                (5)  A statement that claims of persons entitled
20  to possession or claiming an interest pursuant to Supplemental
21  Rule G(5) must be filed with the Court and served on the attorney
22  for the United States no later than 60 days after the first day
23  of publication on the official internet government forfeiture
24  site; and
25                (6)  A statement that answers to the Complaint or
26  a motion under Rule 12 of the Federal Rules of Civil Procedure
27  ("Fed. R. Civ. P.") must be filed and served within 21 days after
28  ///

the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

Dated: 11/17/11                         BENJAMIN B. WAGNER
                                        United States Attorney


                                   By:  /s/ Kevin C. Khasigian
                                        KEVIN C. KHASIGIAN
                                        Assistant U.S. Attorney


**ORDER**

IT IS SO ORDERED.

DATED: November 21, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DDAD1\orders.civil\USvApprox$15,295.3057.pub.ord.wpd