1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700

5  Attorneys for the United States

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )   2:11-CV-03057-MCE-DAD
                                  )
12          Plaintiff,            )   **APPLICATION AND ORDER**
                                  )   **FOR PUBLICATION**
13      v.                        )
                                  )
14 APPROXIMATELY $15,295.00 IN    )
   U.S. CURRENCY,                 )
15                                )
            Defendant.            )
16 _____ )

17      The United States applies for an order of publication as

18 follows:

19      1.  Rule G(4) of the Supplemental Rules for Admiralty or

20 Maritime Claims and Asset Forfeiture Actions (hereafter

21 "Supplemental Rules") provides that the United States shall cause

22 public notice of the action to be given in a newspaper of general

23 circulation or on the official internet government forfeiture

24 site;

25      2.  Local Rule 171, Eastern District of California, provides

26 that the Court shall designate by order the appropriate newspaper

27 or other vehicle for publication;

28      3.  The defendant Approximately $15,295.00 in U.S. Currency

1  ("defendant currency") was seized in the city of Placerville, in

2  El Dorado County, California.  The Drug Enforcement

3  Administration published notice of the non-judicial forfeiture of

4  the defendant currency on August 15, 22, and 29, 2011, in *The*

5  *Wall Street Journal*.

6      4.   The United States proposes that publication be made as

7           follows:

8           a.   One publication;

9           b.   Thirty (30) consecutive days;

10          c.   On the official internet government forfeiture

11  site www.forfeiture.gov;

12          d.   The publication is to include the following:

13               (1)   The Court and case number of the action;

14               (2)   The date of the seizure/posting;

15               (3)   The identity and/or description of the

16  property seized/posted;

17               (4)   The name and address of the attorney for the

18  United States;

19               (5)   A statement that claims of persons entitled

20  to possession or claiming an interest pursuant to Supplemental

21  Rule G(5) must be filed with the Court and served on the attorney

22  for the United States no later than 60 days after the first day

23  of publication on the official internet government forfeiture

24  site; and

25               (6)   A statement that answers to the Complaint or

26  a motion under Rule 12 of the Federal Rules of Civil Procedure

27  ("Fed. R. Civ. P.") must be filed and served within 21 days after

28  ///

Application and Order
                                                     for Publication

1  the filing of the claims and, in the absence thereof, default may

2  be entered and condemnation ordered.

3  Dated: __11/17/11____                BENJAMIN B. WAGNER
                                        United States Attorney
4

5
                                 By:   _/s/ Kevin C. Khasigian_
6                                      KEVIN C. KHASIGIAN
                                       Assistant U.S. Attorney
7

8

9                                **ORDER**

10       IT IS SO ORDERED.

11  DATED: November 21, 2011.

12

13

14  DALE A. DROZD
    UNITED STATES MAGISTRATE JUDGE
15

16  DDAD1\orders.civil\USvApprox$15,295.3057.pub.ord.wpd

17

18

19

20

21

22

23

24

25

26

27

28

Application and Order
                                      for Publication