BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $15,295.00 in U.S. CURRENCY,<br><br>Defendant. | 2:11-CV-03057-MCE-DAD<br><br>FINAL JUDGMENT OF FORFEITURE |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1. This is a civil forfeiture action against Approximately $15,295.00 in U.S. Currency (hereafter "defendant currency") seized on May 24, 2011.

2. A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on November 18, 2011, alleging that said defendant currency is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6).

3. On November 18, 2011, the Clerk issued a Warrant for Arrest for the defendant currency, and that warrant was duly executed on November 23, 2011.

4. Beginning on November 23, 2011, for at least 30 consecutive days, the United

States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov.  A Declaration of Publication was filed on December 23, 2011.

5.  In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individual:

    a.  William Ray Bisbee

6.  Claimant William Ray Bisbee filed a Claim alleging an interest in the defendant currency on December 21, 2011, and an Answer to Civil Complaint on March 9, 2012.  No other parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1.  The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2.  That judgment is hereby entered against claimant William Ray Bisbee and all other potential claimants who have not filed claims in this action.

3.  Upon entry of this Final Judgment of Forfeiture, $7,647.50 of the $15,295.00 in U.S. Currency, together with any interest that may have accrued on that amount, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

4.  Upon entry of this Final Judgment of Forfeiture, but no later than sixty days thereafter, $7,647.50 of the $15,295.00 in U.S. Currency, together with any interest that may have accrued on that amount, shall be returned to claimant William Ray Bisbee through his attorney Gilbert E. Maines.

5.  That the United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of

the defendant currency.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed.  The parties waived the provisions of California Civil Code § 1542.

6.  That pursuant to the stipulation of the parties, and the allegations set forth in the Complaint filed on November 18, 2011, the Court finds that there was reasonable cause for the seizure and arrest of the defendant currency, and for the commencement and prosecution of this forfeiture action, and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

7.  All parties are to bear their own costs and attorneys' fees.

8.  The U.S. District Court for the Eastern District of California, Hon. Morrison C. England, Jr., District Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

SO ORDERED.

**CERTIFICATE OF REASONABLE CAUSE**

Based upon the allegations set forth in the Complaint filed November 18, 2011, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure or arrest of the defendant currency, and for the commencement and prosecution of this forfeiture action.

Dated:  May 31, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE